# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM LURWICK, | |
| Plaintiff | |
| v. | CIVIL ACTION NO. 18-0981 |
| LEHIGH VALLEY HEALTH NETWORK, INC. and LEHIGH VALLEY HOSPITAL, INC. | |
| Defendants | |

## ORDER

**AND NOW**, this 9th day of May, 2019, upon consideration of Defendants' Motion to Dismiss for Lack of Prosecution (Dkt. No. 28) filed February 4, 2019, and for the reasons stated in the accompanying Memorandum,

**IT IS ORDERED** that defendants' motion to dismiss is **GRANTED** with respect to the dismissal of this action. Plaintiff's case is **DISMISSED** in its entirety with prejudice.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT

_/s/ Henry S. Perkin_
HENRY S. PERKIN
United States Magistrate Judge